UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
MICHAEL A. CRISCIONE                         )          CIVIL ACTION NO.
    Plaintiff                                           )          3:16-CV-1649-RNC
                                                             )
v.                                                           )
                                                             )
ATLANTIC MOTORS LLC and                    )
CREDIT ACCEPTANCE CORPORATION     )
    Defendants                                       )
_____ )          SEPTEMBER 12, 2017

<u>MOTION FOR DISCOVERY SANCTIONS AGAINST ATLANTIC MOTORS LLC</u>

      Pursuant to Fed. R. Civ. P. 37(d), Plaintiff Michael A. Criscione ("Plaintiff") hereby moves for sanctions in the form of an entry of a default against Atlantic Motors LLC ("Atlantic"). Atlantic has failed to comply with Fed. R. Civ. P. 30(b)(6) by failing to send a representative to appear at a deposition. After originally noticing Atlantic Motors' deposition for June 22, 2017, upon agreement of the parties, the depositon was renoticed for August 15, 2017. Prior to that date, Atlantic Motors' counsel advised that the company was no longer in business and that no representative would appear for the deposition.

      Pursuant to Rule 37(d)(1)(A)(i) "[t]he court where the action is pending may, on motion, order sanctions if: (i) a party or a party's officer, director, or managing agent--or a person designated under Rule 30(b)(6) or 31(a)(4)--fails, after being served with proper notice, to appear for that person's deposition." Rule 37(d)(3), permits the court to issue sanction listed in Rule 37(b)(2)(A)(i)-(vi). Plaintiff specifically seeks the sanction enumerated in subsection vi, an order "rendering a default judgment against the disobedient party."

The undersigned hereby certifies that he has engaged in a good faith attempt to resolve this matter without court action through email exchanges with cousel for Atlantic Motors. However, such efforts were unavailing, because Atlantic Motors' counsel has advised that due to the closing of the business, he is unable to produce a designated representative for the deposition.

PLAINTIFF, MICHAEL A. CRISCIONE

By: /s/ Daniel S. Blinn
    Daniel S. Blinn
    dblinn@consumerlawgroup.com
    Brendan L. Mahoney (ct29839)
    bmahoney@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

<u>CERTIFICATION</u>

I hereby certify that on this 12th day of September, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/ Daniel S. Blinn
Daniel S. Blinn