UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL A. CRISCIONE )<br>    Plaintiff                        )<br>                                   )<br>v.                                    )<br>                                   )<br>ATLANTIC MOTORS LLC and  )<br>CREDIT ACCEPTANCE CORPORATION  )<br>    Defendants           )<br>_____ ) | CIVIL ACTION NO.<br>3:16-CV-1649-RNC<br><br><br><br><br><br><br><br>SEPTEMBER 12, 2017 |

## MOTION FOR LEAVE TO SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, the Plaintiff hereby moves for leave to amend his Complaint to assert a claim for declaratory relief against Defendant Credit Acceptance Corporation. The undersigned represents that no new factual allegations are asserted in support of this new claim for relief other than the allegation in paragraph 33 that Atlantic Motors is no longer in business. A copy of the proposed Amended Complaint is attached as Exhibit A.

PLAINTIFF, MICHAEL A. CRISCIONE

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    bmahoney@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

## CERTIFICATION

 I hereby certify that on this 12th day of September 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/ *Daniel S. Blinn*
     Daniel S. Blinn