UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            )
MICHAEL A. CRISCIONE,                       )
                                            )    CIVIL ACTION NO.
    Plaintiff,                              )    3:16-CV-1649-RNC
                                            )
v.                                          )
                                            )
ATLANTIC MOTORS LLC and                     )
CREDIT ACCEPTANCE CORPORATION,              )
                                            )
    Defendants.                             )
_____ )            DECEMBER 12, 2017

## JOINT STATUS REPORT

Plaintiff and Defendant Credit Acceptance Corporation submit this joint status report. Counsel for Atlantic Motors LLC declined to contribute to this report.

The Plaintiff and Credit Acceptance Corporation have agreed to a settlement that resolves the claims against Credit Acceptance. The parties are in the process of documenting that settlement, and it is anticipated that a stipulation of dismissal of the claims against Credit Acceptance will be filed soon.

The settlement does not release the claims against Atlantic Motors, LLC. That defendant is no longer in business and its counsel has advised that he is not in touch with anyone representing the business. There is a pending motion for discovery sanctions (Doc. 81) against Atlanitc Motors.

The parties have not agreed to trial before a United States Magistrate Judge. Should a trial be necessary, the parties anticipate that the duration will be one day.

        PLAINTIFF, MICHAEL A. CRISCIONE

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

DEFENDANT, CREDIT ACCEPTANCE CORPORATION

By: /s/ *Matthew D. Sobolewski*
    Matthew D. Sobolewski (phv05637)
    McLaughlin & Stern, LLP
    260 Madison Avenue
    New York, New York 10016
    Tel.  (212) 448-1100
    Fax  (212) 448-0066
    msobolewski@mclaughlinstern.com
    (*Pro Hac Vice*)

## CERTIFICATION

I hereby certify that on this 12th day of December, 2017, a copy of the foregoing status report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn